**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−10451−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Chi K. Ting
   17369 Kevin Drive
   Meadville, PA 16335

Social Security No.:
   xxx−xx−4044

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335<br>Telephone number:  814.724.1165 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>September 5, 2017<br>09:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | CONFIRMATION HEARING DATE/TIME/LOC<br>September 5, 2017<br>09:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/18/17

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10451-TPA
Chi K. Ting                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: amaz              Page 1 of 2              Date Rcvd: Jul 18, 2017
                               Form ID: rsc13          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
```
db              +Chi K. Ting,    17369 Kevin Drive,    Meadville, PA 16335-6267
14416299      #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14416300       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14416301       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14416303       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14416304       +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
14416305       +Citicards Cbna,    PO Box 6241,    Sioux Falls, SD 57117-6241
14416306       +Comenity Bank / Peebles,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14416307       +Commonwealth Financial Systems,    245 Main Street,    Dickson City, PA 18519-1641
14416311      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Credit,     National Bankruptcy Service Center,    PO Box 62180,
                 Colorado Springs, CO 80962)
14416310       +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge Street,    Mailcode Stop 3290,
                 Omaha, NE 68102-1593
14420221       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14631720       +Meadville Area Sewer Authority,    A Municipal Authority,    1320 Park Avenue,
                 Meadville, PA 16335-3114
14644628      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,    Dallas, TX 75261-9741)
14416312       +Nationstar Mortgage LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
14416313       +Nissan Motor Acceptance,    Po Box 660360,    Dallas, TX 75266-0360
14416314       +PA Liberty St Emergency Physicians LLC,     751 Liberty Street,    Meadville, PA 16335-2559
14416757       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14416315       +Shapiro & DeNardo LLC,    3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
14416318      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,     Po Box 8026,
                 Cedar Rapids, IA 52408)
14637676       +Toyota Motor Credit Corporation (See 410),    PO Box 9013,    Addison, Texas 75001-9013
14416319       +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2017 01:33:53      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14416302       +E-mail/Text: bkr@cardworks.com Jul 19 2017 01:33:38      Cardworks / CW Nexus,
                 Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
14631719       +E-mail/Text: rkiser@co.crawford.pa.us Jul 19 2017 01:34:06      Crawford County Tax Claim Bureau,
                 903 Diamond Park,    Meadville, PA 16335-2694
14638931        E-mail/Text: mrdiscen@discover.com Jul 19 2017 01:33:38      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14416308       +E-mail/Text: mrdiscen@discover.com Jul 19 2017 01:33:38      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14416309       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 19 2017 01:34:04      First Energy,
                 Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14638419       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2017 01:33:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14416316       +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2017 01:38:32      Synchrony Bank / TJ MaxX,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
14416317       +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2017 01:38:32      Synchrony Bank / Walmart,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Motor Credit Corporation
cr*            +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-1          User: amaz                 Page 2 of 2                  Date Rcvd: Jul 18, 2017
                              Form ID: rsc13             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Chi K. Ting dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```