FILED
11/17/17 9:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: _Ting_____TPA

Case Number: 17-10451

Date of Meeting: 11 / 7 / 17          Recording # 24

Debtor(s) present _✓_ or Not Present ___ (__No Payments Made or _✓_ partial payments)

Attorney for debtor(s)__Foster_____ (Present_✓_ or Not Present____)

Date of Plan at § 341: 5/30/17 Applicable commitment period _✓_ 3 yrs ___ 5 yrs

Pecarehik — Nationstar

Not sure if tax returns required

_____ Meeting HELD and CONCLUDED

_✓_ Meeting HELD but CONTINUED (not closed)                      _ taxes

_____ Meeting NOT HELD                    _____ Order to Show Cause Requested

                                          _____ To be rescheduled by Clerk

_X_ Confirmation Order recommended _____ Final _X_ Interim

_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)

_____ Trustee recommends dismissal of the case (Debtor does not consent)*

_____ Trustee recommends dismissal of the case (Debtor has no defense)

_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days

_X_ Continued to:

_____ 341 Meeting   OR _X_ Conciliation Conf. OR ___ *Contested Hearing

On ___3/13/18___ at _3:00_ am/pm Location . ___Erie___

_____
Chapter 13 Trustee/Attorney for Trustee