Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Chi K. Ting**
  Debtor(s)

Bankruptcy Case No.: 17–10451–TPA
Related to Docket No. 41
Chapter: 13
Docket No.: 42 – 41
Concil. Conf.: January 8, 2019 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 30, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 14, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 8, 2019** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 16, 2018

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 17-10451-TPA
Chi K. Ting                                                             Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-1          User: lmar                   Page 1 of 2                  Date Rcvd: Oct 16, 2018
                              Form ID: 213                 Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db             +Chi K. Ting,    17369 Kevin Drive,    Meadville, PA 16335-6267
14416300       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14416303       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14416304       +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,   S Louis, MO 63179-0040
14705749        Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
14416305       +Citicards Cbna,    PO Box 6241,    Sioux Falls, SD 57117-6241
14416307       +Commonwealth Financial Systems,    245 Main Street,    Dickson City, PA 18519-1641
14416311      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Credit,     National Bankruptcy Service Center,    PO Box 62180,
                 Colorado Springs, CO 80962)
14416310       +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge Street,    Mailcode Stop 3290,
                 Omaha, NE 68102-1593
14420221       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14631720       +Meadville Area Sewer Authority,    A Municipal Authority,    1320 Park Avenue,
                 Meadville, PA 16335-3114
14644628      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,    Dallas, TX 75261-9741)
14416312       +Nationstar Mortgage LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
14753789        Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
14416313       +Nissan Motor Acceptance,    Po Box 660360,    Dallas, TX 75266-0360
14416314       +PA Liberty St Emergency Physicians LLC,    751 Liberty Street,    Meadville, PA 16335-2559
14707873       +Penelec,    c/o FirstEnergy,    Building #1, Suite 1-511,    101 Crawford's Corner,
                 Holmdel, NJ 07733-1976
14416315       +Shapiro & DeNardo LLC,    3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
14416318      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,     Po Box 8026,
                 Cedar Rapids, IA 52408)
14637676       +Toyota Motor Credit Corporation (See 410),    PO Box 9013,    Addison, Texas 75001-9013
14416319       +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14416301       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2018 02:25:17      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14416302       +E-mail/Text: bkr@cardworks.com Oct 17 2018 02:26:17      Cardworks / CW Nexus,
                 Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
14416306       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 17 2018 02:26:34      Comenity Bank / Peebles,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14631719       +E-mail/Text: rkiser@co.crawford.pa.us Oct 17 2018 02:27:13      Crawford County Tax Claim Bureau,
                 903 Diamond Park,    Meadville, PA 16335-2694
14638931        E-mail/Text: mrdiscen@discover.com Oct 17 2018 02:26:23      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14416308       +E-mail/Text: mrdiscen@discover.com Oct 17 2018 02:26:23      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14416309       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 17 2018 02:27:07      First Energy,
                 Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14705303        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2018 02:25:04
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCOP Capital II, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14676952        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2018 02:25:03
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14676689        E-mail/Text: bkr@cardworks.com Oct 17 2018 02:26:17      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14696905       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2018 02:27:00      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14416757       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2018 02:25:39
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14638419       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:26:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14416316       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:24:55      Synchrony Bank / TJ MaxX,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
14416317       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:25:14      Synchrony Bank / Walmart,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Motor Credit Corporation
```

```
District/off: 0315-1              User: lmar                Page 2 of 2                  Date Rcvd: Oct 16, 2018
                                  Form ID: 213              Total Noticed: 36

cr*           +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14416299     ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor Chi K. Ting dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```