Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Chi K. Ting**       :       Case No. 17−10451−TPA
   *Debtor(s)*    :       Chapter: 13
                   :
                   :
                   :
                   :
                   :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 7th of December, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

                                                                        *[signature]*
                                                             Thomas P. Agresti, Judge
                                                             United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-10451-TPA
Chi K. Ting                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2         Date Rcvd: Dec 07, 2018
                              Form ID: 309            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.
```
db            +Chi K. Ting,   17369 Kevin Drive,    Meadville, PA 16335-6267
14416304      +Citibank / The Home Depot,   Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
14705749       Citibank, N.A.,   c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
14416307      +Commonwealth Financial Systems,    245 Main Street,    Dickson City, PA 18519-1641
14416310      +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge Street,    Mailcode Stop 3290,
                Omaha, NE 68102-1593
14420221      +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14631720      +Meadville Area Sewer Authority,    A Municipal Authority,    1320 Park Avenue,
                Meadville, PA 16335-3114
14644628     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court:    Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)
14416312      +Nationstar Mortgage LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
14753789       Nissan Motor Acceptance,    POB 660366,   Dallas, TX 75266-0366
14416313      +Nissan Motor Acceptance,    Po Box 660360,   Dallas, TX 75266-0360
14416314      +PA Liberty St Emergency Physicians LLC,    751 Liberty Street,    Meadville, PA 16335-2559
14707873      +Penelec,   c/o FirstEnergy,   Building #1, Suite 1-511,    101 Crawford's Corner,
                Holmdel, NJ 07733-1976
14416315      +Shapiro & DeNardo LLC,    3600 Horizon Drive,   Suite 150,    King of Prussia, PA 19406-4702
14637676      +Toyota Motor Credit Corporation (See 410),    PO Box 9013,    Addison, Texas 75001-9013
14416319      +Trident Asset Management,    Attn: Bankruptcy,   Po Box 888424,    Atlanta, GA 30356-0424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14416299      +EDI: BANKAMER.COM Dec 08 2018 07:43:00     Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
14416300      +EDI: TSYS2.COM Dec 08 2018 07:38:00      Barclays Bank Delaware,    Po Box 8803,
                Wilmington, DE 19899-8803
14416301      +EDI: CAPITALONE.COM Dec 08 2018 07:43:00      Capital One,   Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
14416302      +EDI: MERRICKBANK.COM Dec 08 2018 07:38:00      Cardworks / CW Nexus,    Attn: Bankruptcy,
                Po Box 9201,   Old Bethpage, NY 11804-9001
14416303      +EDI: CHASE.COM Dec 08 2018 07:43:00      Chase Card,   Attn: Correspondence Dept,    Po Box 15298,
                Wilmington, DE 19850-5298
14416305      +EDI: CITICORP.COM Dec 08 2018 07:43:00      Citicards Cbna,    PO Box 6241,
                Sioux Falls, SD 57117-6241
14416306      +EDI: WFNNB.COM Dec 08 2018 07:43:00      Comenity Bank / Peebles,    Attn: Bankruptcy,
                Po Box 182125,   Columbus, OH 43218-2125
14631719      +E-mail/Text: rkiser@co.crawford.pa.us Dec 08 2018 02:49:18      Crawford County Tax Claim Bureau,
                903 Diamond Park,   Meadville, PA 16335-2694
14638931       EDI: DISCOVER.COM Dec 08 2018 07:38:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH 43054-3025
14416308      +EDI: DISCOVER.COM Dec 08 2018 07:38:00      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
14416311       EDI: FORD.COM Dec 08 2018 07:38:00      Ford Credit,   National Bankruptcy Service Center,
                PO Box 62180,   Colorado Springs, CO 80962
14416309      +E-mail/Text: bankruptcy@firstenergycorp.com Dec 08 2018 02:49:12      First Energy,
                Revenue Assurance,   1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14705303       EDI: RESURGENT.COM Dec 08 2018 07:43:00      LVNV Funding, LLC its successors and assigns as,
                assignee of NCOP Capital II, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14676952       EDI: RESURGENT.COM Dec 08 2018 07:43:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
14676689       EDI: MERRICKBANK.COM Dec 08 2018 07:38:00      MERRICK BANK,    Resurgent Capital Services,
                PO Box 10368,   Greenville, SC 29603-0368
14696905      +EDI: MID8.COM Dec 08 2018 07:38:00      MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
14416757      +EDI: PRA.COM Dec 08 2018 07:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14638419      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2018 02:48:56
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14416316      +EDI: RMSC.COM Dec 08 2018 07:43:00      Synchrony Bank / TJ MaxX,    Attn: Bankruptcy,
                Po Box 956060,   Orlando, FL 32896-0001
14416317      +EDI: RMSC.COM Dec 08 2018 07:43:00      Synchrony Bank / Walmart,    Attn: Bankruptcy,
                Po Box 956060,   Orlando, FL 32896-0001
14416318       EDI: TFSR.COM Dec 08 2018 07:38:00      Toyota Motor Credit Corporation,    Po Box 8026,
                Cedar Rapids, IA 52408
                                                                                               TOTAL: 21
```

```
District/off: 0315-1           User: jmar              Page 2 of 2              Date Rcvd: Dec 07, 2018
                               Form ID: 309            Total Noticed: 37
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Motor Credit Corporation
cr*            +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                              TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Chi K. Ting dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```